No. 130. BRACKEN ET AL. *v.* SECURITIES & EXCHANGE COMM'N. October 12, 1936. *Per Curiam:* The petition for writ of certiorari in this case is granted. The decree of the Circuit Court of Appeals is reversed and the cause is remanded to the District Court with directions to vacate its decree and to dismiss the proceeding upon the ground that the cause is moot. *Brownlow* v. *Schwartz,* 261 U. S. 216; *Alejandrino* v. *Quezon,* 271 U. S. 528, 535, 536; *C. M. Patten & Co.* v. *United States,* 289 U. S. 705; *First Union Trust & Savings Bank* v. *Consumers Co.,* 290 U. S. 585. *Mr. Abraham M. Lowenthal* for petitioners. *Solicitor General Reed* and *Mr. John J. Burns* for respondent.